# United States Court of Appeals
## For the First Circuit

————————————————

Nos. 17-1181, 18-1047

UNITED STATES OF AMERICA,

Appellee,

v.

WILLIAM NOEL MORALES-NEGRÓN

Defendant, Appellant.

————————————————

**ERRATA SHEET**

The opinion of this Court, issued on September 8, 2020, is amended as follows:

On page 2, line 3, replace "Marshal" with "Marshals"